JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRERO,<br><br>        Petitioner,<br><br>        v.<br><br>FIDENCIO N. GUZMAN, Acting Warden,<br><br>        Respondent. | Case No. EDCV 19-00220-JGB (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: July 5, 2023

                                         JESUS G. BERNAL
                                         U.S. DISTRICT JUDGE